# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMONTAE ANTHONY WILLIAMS | ) |
| | ) CV 16-1320 |
| V. | ) |
| | ) |
| JOHN WETZEL, et al. | ) |

**MEMORANDUM ORDER**

This matter was referred to Chief Magistrate Judge Cynthia Reed Eddy for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.[1]

Judge Eddy filed a Report and Recommendation on April 24, 2019, recommending that petition for writ of habeas corpus be dismissed, and a certificate of appealability denied. The petitioner was notified that pursuant to 28 U.S.C. § 636(b)(1), he had until May 13, 2019, to file objections to the Report and Recommendation. No objections were filed.

For portions of a Report and Recommendation to which no objection is made, the Court should "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Keaton v. Folino, No. 11-7225, 2019 U.S. Dist. LEXIS 102425, at *7 (E.D. Pa. June 19, 2019). Upon review of the record of this matter, and the Report and Recommendation, the following order is entered:

---

[1] This matter was initially assigned to Judge Phipps, and then transferred to my docket on July 25, 2019.

1

AND NOW, this 2nd day of August, 2019, it is ORDERED that the petitioner's petition for a writ of habeas corpus is dismissed. A certificate of appealability is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

*Donetta F. Ambrose*

———————————————
Donetta W. Ambrose
Senior Judge, U.S. District Court